1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff ANTONIO FERNANDEZ

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  ANTONIO FERNANDEZ,                 )  Case No.: 8:20-CV-01482-JWH-DFM
                                      )
10        Plaintiff,                  )  **NOTICE OF SETTLEMENT AND
                                      )  REQUEST TO VACATE ALL
11     v.                             )  CURRENTLY SET DATES**
                                      )
12                                    )
13 GON-REY II, L.P., a California Limited )
   Partnership; NORTHGATE GONZALEZ    )
14 RE, LLC, a California Limited Liability )
   Company; NORTHGATE GONZALEZ,       )
15 LLC, a California Limited Liability )
   Company; and Does 1-10,            )
16                                    )
          Defendant.                  )
17

18     The plaintiff hereby notifies the court that a provisional settlement has been
19 reached in the above-captioned case. The Parties would like to avoid any additional
20 expense while they focus efforts on finalizing the terms of the settlement and reducing it
21 to a writing.
22     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
23 dates with the expectation that the settlement will be consummated within the coming
24 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
25 parties to be filed.

26 Dated: October 21, 2020          CENTER FOR DISABILITY ACCESS

27                                  By:   /s/Amanda Seabock
                                        Amanda Seabock
28                                      Attorney for Plaintiff