1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8

9   ANTONIO FERNANDEZ,                    **Case:** 8:20-CV-01482-JWH-DFM

10          Plaintiff,                    **Plaintiff's Notice of Voluntary
                                          Dismissal With Prejudice**
11
          v.
12                                        **Fed. R. Civ. P. 41(a)(1)(A)(i)**

13  GON-REY II, L.P., a California
    Limited Partnership; NORTHGATE
14  GONZALEZ RE, LLC, a California
    Limited Liability Company;
15  NORTHGATE GONZALEZ, LLC, a
    California Limited Liability
16  Company; and Does 1-10,

17          Defendant.

18

19        **PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby

20  voluntarily dismisses the above captioned action with prejudice pursuant to

21  Federal Rule of Civil Procedure 41(a)(1)(A)(i).

22        Defendants Gon-Rey II, L.P., Northgate Gonzalez Re, LLC, Northgate

23  Gonzalez, LLC, have neither answered Plaintiff's Complaint, nor filed a

24  motion for summary judgment. Accordingly, this matter may be dismissed

25  without an Order of the Court.

26  Dated: November 10, 2020      CENTER FOR DISABILITY ACCESS

27                                By:   /s/Amanda Seabock
28                                      Amanda Seabock
                                        Attorney for Plaintiff

                                  1